```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMORANDUM ENDORSED**

------------------------------------------------------------------------x
FELIPE FERNANDEZ, on behalf of himself and all others similarly situated,

           Plaintiff,

  -v.-

LOGEE'S GREENHOUSES, LTD.,

           Defendant,
------------------------------------------------------------------------x

Civil Action No:
1:25-cv-1449

### NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: June 26, 2025

Respectfully Submitted,

_/s/Rami Salim_____
Rami Salim
**Stein Saks, PLLC**
One University Plaza, Suite 620
Hackensack, NJ 07601
rsalim@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*

Plaintiff has voluntarily dismissed this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

SO ORDERED.

Dated: June 27, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge